[Nos. 42259-0-II; 42262-0-II.  Division Two.  March 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY LEE
THOMAS III, *Appellant*.

Appeals from a judgment of the Superior Court for
Cowlitz County, No. 08-1-01209-1, Stephen M. Warning, J.,
entered June 6, 2011. *Affirmed* by unpublished opinion per
Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.

[No. 42356-1-II.  Division Two.  March 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DATRION ISREAL
NEWTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 10-1-04310-3, Brian M. Tollefson, J., entered
June 15, 2011. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Johanson and Bjorgen, JJ.

[No. 42660-9-II.  Division Two.  March 26, 2013.]

*In the Matter of the Committed Intimate Relationship of*
JULIE ANN RILEY, *Petitioner*, and ROGER EUGENE HORTON,
*Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 09-2-30756-1, Wm. Thomas McPhee, J.,
entered September 9, 2011. *Affirmed* by unpublished opin-
ion per Quinn-Brintnall, J., concurred in by Worswick, C.J.,
and Van Deren, J.

[No. 42937-3-II.  Division Two.  March 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. M.K.S., *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 11-8-00611-1, Richard A. Melnick, J., entered
January 10, 2012. *Affirmed* by unpublished opinion per
Johanson, A.C.J., concurred in by Van Deren and Bjorgen, JJ.